

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2021

No. 04-21-00120-CV

**NEUROLOGICAL ASSOCIATES OF SAN ANTONIO, P.A.** and Jordan J. Jude,
Appellants

v.

Aracelli G. **TORRES**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17971
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file a brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court